IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BIDIRECTIONAL DISPLAY, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> DERMALOG JENETRIC, GMBH, <br><br> *Defendant*. | § § § § § § § § § § § § § <br> CASE NO.  2:23-CV-00564-JRG-RSP |

## ORDER

Before the Court is the Joint Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) (the "Stipulation") filed by Bidirectional Display, Inc. ("Plaintiff") and Dermalog Jenetric, GmbH ("Defendant"). (Dkt. No. 34.) In the Stipulation, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action WITH prejudice. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So Ordered this**

**Jun 6, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE